

11/09/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SAMUEL MORRIS | § | |
| | § | Case no. 21-60520 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## FINAL DECREE

The Court having determined previously that there is no impediment to the entry of a Final Decree in this case; the Court finds that the estate of the above named debtor is being administered, and pursuant to Bankruptcy Rule 3022, it is

ORDERED that the chapter 11 case of the above named debtor is closed.

Signed on 11/09/2022

_Brenda T. Rhoades_   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**FINAL DECREE** - PAGE 1